**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Southern _____  District of  New York _____
                        (State)

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

| 1. | **Chapter of the Bankruptcy Code** | *Check one:*<br><br>☐  Chapter 7<br>☑  Chapter 11 |
|---|---|---|

| Part 2: | Identify the Debtor |
|---|---|

| 2. | **Debtor's name** | Corporación de Asesoría Técnica y de Producción, S.A. de C.V. |
|---|---|---|

| 3. | **Other names you know the debtor has used in the last 8 years**<br><br>Include any assumed names, trade names, or *doing business as* names. | _____<br>_____<br>_____ |
|---|---|---|

| 4. | **Debtor's federal Employer Identification Number (EIN)** | ☑ Unknown<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
|---|---|---|

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| Periférico Sur 4121   colonia Fuentes del Pedregal<br>Number   Street | _____<br>Number   Street |
| alcaldía Tlalpan<br> | _____<br>P.O. Box |
| Ciudad de México       C.P. 14140<br>City                State   ZIP Code | _____<br>City        State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| México<br>County | _____<br>Number   Street<br><br>_____<br>City        State   ZIP Code |

Debtor   Corporación de Asesoría Técnica y de Producción, S.A. de C.V.        Case number *(if known)*_____
      Name

---

6. **Debtor's website** (URL)        _____

---

7. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other type of debtor. Specify: _____

---

8. **Type of debtor's business**

   *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☒ None of the types of business listed.

   ☐ Unknown type of business.

---

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   ☐ No

   ☒ Yes. Debtor  See Rider 1 _____   Relationship _____

   District _____ Date filed _____   Case number, if known _____
                                             MM / DD / YYYY

   Debtor _____   Relationship _____

   District _____ Date filed _____   Case number, if known_____
                                             MM / DD / YYYY

---

| Part 3: | Report About the Case |
|---------|-----------------------|

---

10. **Venue**

    *Check one:*

    ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ☐ No

    ☒ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

| Debtor | Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V. | Case number *(if known)* _____ |
|--------|------------------------------------|------------------|
| | Name | |

**13. Each petitioner's claim**

| | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Plenisfer Investments SICAV - Destination Value Total Return | unsecured bond debt | $ 11,600,000 |
| | Cyrus Opportunities Master Fund II, Ltd. | unsecured bond debt | $ 27,477,000 |
| | Sandpiper Limited | unsecured bond debt | $ 24,238,000 |
| | | Total of petitioners' claims | $ 63,315,000 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| Part 4: | Request for Relief |
|---------|--------------------|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**

Plenisfer Investments SICAV - Destination Value Total Return
Name

49 Avenue J.F. Kennedy
Number    Street

Luxembourg, Grand Duchy of Luxembourg L-1855
City                          State              ZIP Code

**Name and mailing address of petitioner's representative, if any**

Plenisfer Investments SGR S.p.A.
Name

Via Niccolo Machiavelli 4
Number    Street

Trieste                  Italy          34132
City                      State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/20/2023
              MM / DD / YYYY

✖ s/ Giordano Giacomo Salvatore Lombardo, CEO
Signature of petitioner or representative, including representative's title

Michael Stamer
Printed name

Akin Gump Strauss Hauer & Feld LLP
Firm name, if any

One Bryant Park
Number    Street

New York                    NY          10036
City                        State        ZIP Code

Contact phone  212-872-1000    Email  mstamer@akingump.com

Bar number  036791989

State        New York

✖ s/ Michael Stamer
Signature of attorney

Date signed  3/20/2023
              MM / DD / YYYY

Debtor  Corporación de Asesoría Técnica y de Producción, S.A. de C.V.          Case number *(if known)*_____
_____Name_____

**Name and mailing address of petitioner**

Cyrus Opportunities Master Fund II, Ltd.
Name

65 East 55th Street, 35th Floor
Number    Street

New York                    NY          10022
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Cyrus Capital Partners, L.P.
Name

65 East 55th Street, 35th Floor
Number    Street

New York                    NY          10022
City                        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/20/2023
            MM / DD / YYYY

✖ s/ Anthony C. Scire, CFO of Cyrus Capital Partners, L.P.
Signature of petitioner or representative, including representative's title

---

Michael Stamer
Printed name

Akin Gump Strauss Hauer & Feld LLP
Firm name, if any

One Bryant Park
Number    Street

New York                    NY          10036
City                        State       ZIP Code

Contact phone  212-872-1000    Email mstamer@akingump.com

Bar number     036791989

State          New York

✖ s/ Michael Stamer
Signature of attorney

Date signed    3/20/2023
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Sandpiper Limited
Name

89 Nexus Way, 2nd Floor  Camana Bay, P.O. Box 31105
Number    Street

Grand Cayman          KY1-1205  Cayman Islands
City                  State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Contrarian Capital Management, LLC
Name

411 West Putnam Ave. #425
Number    Street

Greenwich             CT        06830
City                  State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/20/2023
            MM / DD / YYYY

✖ s/ Lewis Schwartz, Director
Signature of petitioner or representative, including representative's title

---

Michael Stamer
Printed name

Akin Gump Strauss Hauer & Feld LLP
Firm name, if any

One Bryant Park
Number    Street

New York                    NY          10036
City                        State       ZIP Code

Contact phone  212-872-1000    Email mstamer@akingump.com

Bar number     036791989

State          New York

✖ s/ Michael Stamer
Signature of attorney

Date signed    3/20/2023
              MM / DD / YYYY

---

# RIDER 1

## Pending Bankruptcy Cases Filed by the Petitioning Creditors

As of the date hereof, each of the petitioning creditors Plenisfer Investments SICAV – Destination Value Total Return, Cyrus Opportunities Master Fund II, Ltd. and Sandpiper Limited (the "Petitioning Creditors") filed involuntary chapter 11 petitions in the Bankruptcy Court for the Southern District of New York under section 303 of chapter 11 of title 11 of the United States Code against each of the entities listed below (the "Debtors").  The Petitioning Creditors will move for joint administration of these cases under the case number assigned to the chapter 11 case of TV Azteca, S.A.B. de C.V.

1. TV Azteca, S.A.B. de C.V.
2. Alta Empresa, S.A. de C.V.
3. Asesoría Especializada En Aviación, S.A. de C.V.
4. Equipo de Futbol Mazatlan, S.A. de C.V.
5. Producciones Dopamina, S.A. de C.V.
6. Azteca Records, S.A. de C.V.
7. Ganador Azteca, S.A.P.I. de C.V.
8. Operadora Mexicana De Televisión, S.A. de C.V.
9. Azteca Sports Rights LLC
10. Producciones Azteca Digital, S.A. de C.V.
11. Producciones Especializadas, S.A. de C.V.
12. Productora De Televisión Regional De Tv Azteca, S.A. de C.V.
13. Promotora de Futbol Rojinegros, S.A. de C.V.
14. Mazatlan Promotora de Futbol, S.A. de C.V.
15. Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.
16. S.C.I. de México, S.A. de C.V.
17. Servicios Aéreos Noticiosos, S.A. de C.V.
18. Servicios Especializados Taz, S.A. de C.V.
19. Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.
20. Corporación de Asesoría Técnica y de Producción, S.A. de C.V.
21. Editorial Mandarina, S.A. de C.V.
22. Multimedia, Espectáculos y Atracciones, S.A. de C.V.
23. Servicios Foráneos de Administración, S.A. de C.V.
24. Servicios Locales De Producción, S.A. de C.V.
25. Azteca International Corporation
26. Stations Group, LLC
27. TV Azteca Honduras, S.A. de C.V.
28. Comercializadora de Televisión de Honduras, S.A. de C.V.
29. Incotel S.A.
30. TVA Guatemala S.A.
31. Lasimex, S.A. de C.V.
32. TV Azteca Global, S.L.U.
33. Azteca Comunicaciones Perú, S.A.C.
34. Redes Opticas, S.A.C.
35. Televisora del Valle de México, S.A. de C.V.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CORPORACIÓN DE ASESORÍA TÉCNICA Y DE PRODUCCIÓN, S.A. DE C.V., | Case No. 23-_____ (___) |
| Alleged Debtor. | |

**DECLARATION OF PLENISFER INVESTMENTS SGR S.P.A. ON BEHALF OF PLENISFER INVESTMENTS SICAV - DESTINATION VALUE TOTAL RETURN PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(A)**

Pursuant to 28 U.S.C. § 1746, Giordano Giacomo Salvatore Lombardo declares as follows:

1.      I make this declaration on behalf of Plenisfer Investments SICAV - Destination Value Total Return ("Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy Case") filed by Petitioning Creditor and other petitioning creditors against Corporación de Asesoría Técnica y de Producción, S.A. de C.V. (the "Debtor"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Debtor. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2.      I am the Chief Executive Officer of Plenisfer Investments SGR S.p.A., the manager and authorized signatory of the Petitioning Creditor.

3.      Petitioning Creditor holds claims against Debtor in the aggregate principal amount of at least $11,600,000.00 based upon certain of its holdings of the 8.25% senior unsecured notes due 2024 issued by debtor TV Azteca, S.A.B. de C.V. under that certain Indenture, dated as of August 9, 2017 (the "Notes") and guaranteed by Debtor. Petitioning Creditor's holdings of Notes that are being relied upon for the purpose of satisfying the requirement of 11 U.S.C. § 303(b)(1)

were acquired between November 9, 2021 and October 3, 2022, as reflected in the attached documents.

4. Petitioning Creditor also holds claims for accrued but unpaid interest on the Notes that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1), plus applicable fees, costs and other charges.

5. Petitioner did not purchase the Notes for the purpose of commencing this case under the Bankruptcy Code.

6. Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing the Bankruptcy Case.

7. Petitioning Creditor may also hold other claims against Debtor based upon its holdings of other securities or debt instruments of Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2022.

By: _*s/Gordano Giacomo Salvatore Lombardo*_____
Giordano Giacomo Salvatore Lombardo
Chief Executive Officer



State Street Bank International GmbH
Zweigniederlassung Luxemburg

www.statestreet.com

## Certified position of TV AZTECA SA DE CV – ISIN XS1662406468 on fund GNQK - Plenisfer Destination VAL. T.R - as of  14th of March 2023

| Fund | Security Name | Investment Type Name | Isin | SS Asset ID | Settle Loc | Traded | Available |
|------|---------------|---------------------|------|-------------|-----------|--------|-----------|
| GNQK | TV AZTECA SA DE CV | CORPORATE BONDS | XS1662406468 | P9423FBL2 | EUR - EUROCLEAR | 11,600,000.000 | 11,600,000.000 |

Information Classification: Limited Access

RE: Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - XS1662406468 - Trade Date November 9

████████████████████████████████

Wed 10/11/2021 19:32

To:

| Trade | Trade Date | Settlement Date | Security ISIN | Security | Name | Nominal | Price (D) | Currency | Cash | Market | Account | COUNTERPARTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ████████ | 9-Nov-21 | 12-Nov-21 | XS1662406468 | TZA 8 | | 3,000,000 | ███████ | USD | 2,190,000.00 | EUROCLEAR | 49489 | PLENISFER INVESTMENT |

**De:**
**Enviado el:** Wednesday, November 10, 2021 9:25 AM
**Para:** ████████████████████████████████████
**CC:** ████████████████████████████
**Asunto:** RE: Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - XS1662406468 - Trade Date November 9

ATENCIÓN: Este correo es externo a BALANZ. No abras links o adjuntos a menos que reconozcas al remitente y el contenido sea seguro.

Hello Team,
Can you kindly provide the confirmation of the Trade mentioned below?

Thanks and regards,

████████████████

*Middle Office Specialist*



*Via Sassetti 32,*

██████████
██████████
██████████

**From:** ████████████████████████████████
**Sent:** 10 November 2021 09:50
**To:** ████████████████████████████
**Cc:**
**Subject:** Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - XS1662406468 - Trade Date November 9

Good morning Team,
We are missing to receive the confirmation for below trade done yesterday :
Can you please check on your side and send it to us as soon as possible?

```
Sent         : 11/09/21 17:43 UTC      Trade Date    : 11/09/21 17:42 UTC
Customer     :                  @ PLENI  CUSIP        : A05163149
Trader       :                          ISIN         : XS1662406468
At           :                          Issuer       : TV AZTECA SA DE CV
SELLS        : 3MM of TZA 8 ¼ 08/09/24  Dated        : 08/09/17

                                        Coupon       : 8.25
Price        :                          Maturity     : 08/09/24
Yield        : 20.730231               First Coupon Date : 02/09/18
Settlement   : 11/12/21                Venue ID     :
Next Call Dt : 12/09/21
NOTES:
{A05163149 Corp DES<Go>}
** PRINCIPAL:                          USD 2,190,000.00 **
** ACCRUED (93 days):                             0.00 **
** TOTAL:                              USD 2,190,000.00 **
```

Thanks and regards,

Middle Office Specialist





## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

RE: Missing Confirmation - TV AZTECA SA DE CV 8.250% 08/09/24 - XS1662406468 - Trade Date November 19

██████████████████████████████████

Mon 22/11/2021 11:52

To: ████████████████████████████████████████████████

Hello Agree

| Trade | Trade Date | Settlement Date | Security ISIN | Security Name | Nominal | Price (D) | Currency | Cash | Market | Account | COUNTERPARTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ████ | 19-nov-21 | 23-nov-21 | XS1662406468 | TZA 8 1/4 | 1,000,000 | ████ | USD | 733,500.00 | EUROCLEAR | 49489 | PLENISFER INVESTMENT |

De: █████████████████████████████

Enviado el: Monday, November 22, 2021 6:07 AM

Para: ████████████████████████████████████████████████

CC:

Asunto: Missing Confirmation - TV AZTECA SA DE CV 8.250% 08/09/24 - XS1662406468 - Trade Date November 19

ATENCIÓN: Este correo es externo a ██████. No abras links o adjuntos a menos que reconozcas al remitente y el contenido sea seguro.

Good morning Team,

We are missing to receive the confirmation for below trade done on Friday November 19

Can you please check on your side and send it to us as soon as possible?

```
Sent       : 11/19/21 15:12 UTC      Trade Date    : 11/19/21 15:12 UTC
Customer   :                    @ PLENI CUSIP       : A05163149
Trader     :                            ISIN        : XS1662406468
At         :                            Issuer      : TV AZTECA SA DE CV
SELLS      : 1MM of TZA 8 ¼ 08/09/24   Dated       : 08/09/17

Price      :                            Coupon      : 8.25
Yield      : 20.785400                  Maturity    : 08/09/24
Settlement : 11/23/21                   First Coupon Date : 02/09/18
Next Call Dt : 12/20/21                 Venue ID    :
NOTES:
{A05163149 Corp DES<Go>}
** PRINCIPAL:                           USD 733,500.00 **
** ACCRUED (104 days):                           0.00 **
** TOTAL:                               USD 733,500.00 **
```

Thanks and regards,

███████████

*Middle Office Specialist*





Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Plenisfer/BCP - Trade 11/22 - Confirmation - 400K

███████████████████████████████████

Mon 22/11/2021 20:39

To: ███████████████████████████████

Dear all,

Please find trade confirmation

BCP – EC#98730
Plenisfer Investments - ? – please confirm

```
ID : XS1662406468 *Trade Ticket* As of Date: 11/22/2021 10:35:14
TRDR/SLS    : ██████████████████    Settlement : 11/24/2021
SELLS       : 400 (M)                      ISSUER:TV AZTECA SA DE CV
Security    : TZA 8 ¼ 08/09/24
   Price    : ██████    Yield:0.000000   Yield to: 8/9/2024   at 100.00
Total            USD         293,800.00
```

Thank you!

This email was sent on behalf of ████████████████.



 Please consider the environment before printing this e mail.

---

**From:** ████████████████████████████████████
**Sent:** Monday, November 22, 2021 3:36 PM
**To:** ████████████████████████████████████████████████
**Cc:** █████████████████████████████████████
**Subject:** Fund GNQK - Missing Confirmation - TV AZTECA SA DE CV 8.250% 08/09/24 ISIN XS1662406468 - Trade Date November 22

Good afternoon Team,
We are missing to receive the confirmation for below trade done today – November 22



<Back> to Return
1) Delete 2) Resend 3) Forward 4) Retract 12) Prev 11) Next 99) Options ▾ Message: View
11/22/21 16:36:34 UTC+1:00
To [redacted]
Subject VCON TRADE CONFIRMED: TZA 8 ¼ 08/09/24
Attached No Attachments

CUSTOMER: [redacted] @ PLENISFER INVEST {VCON<Go>} for details
ISIN: XS1662406468 As of: 11/22/21
TRDR: [redacted] (DATED: 09AUG2017)
SELLS: 400M of TZA 8 ¼ 08/09/24 CUSIP:
A05163149
PRICE [redacted] VenueID: N.A. MPID Code: N.A.
SETTLEMENT on 11/24/21 ISSUER: TV AZTECA SA DE CV ID: 310452
NOTES:

** PRINCIPAL: USD 293800.00 **
** ACCRUED (105 days): 0.00 **
** TOTAL: USD 293800.00 **

Can you please check on your side and send it to us as soon as possible?
Please also confirm your SSI's

Thanks and regards,

[redacted]
*Middle Office Specialist*

Plenisfer
INVESTMENTS

[redacted]





Plenisfer/BCP – Trade 11/24 – Confirmation – 4.46M

███████████████████████████████

Wed 24/11/2021 17:37

To: ████████████████████████████

Dear all,

Please find trade confirmation

███ – EC#98730
Plenisfer – EC#49489 (p)

```
 ID : XS1662406468 *Trade Ticket* As of Date: 11/24/2021 12:05:13
TRDR/SLS   :       ████████████████       Settlement : 11/29/2021
SELLS      : 4460 (M)                          ISSUER:TV AZTECA SA DE CV
Security   : TZA 8 ¼ 08/09/24
   Price   :    ████      Yield:0.000000   Yield to: 8/9/2024   at 100.00
Total               USD      3,278,100.00
```

Thank you!

This email was sent on behalf of ████████████████.

This email was sent on behalf of ████████████████.





Please consider the environment before printing this e mail.

## TRADE CONFIRMATION / PLENISFER TZA 8 ¼ 08/09/24

███████████████████████

Wed 01/12/2021 09:04

To: █████████████████████

Cc: ███████████████████████

Dear Team,

Below please find the details of the trades done with ███████████.
Don't hesitate in contact us in case you should need further information.
SSI: EUROCLEAR 98730
Your SSI: Euroclear 49489

| TD | SD | Amount | BCP B/S VP | Security | ISIN | Code | Price | Accrued | Principal | Total | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2021 | 12/02/2021 | 935,000 | S | TZA 8 ¼ 08/09/24 | XS1662406468 | ZTHREE | ██ | - | 687,225.00 | 687,225.00 | USD |





# TRADE CONFIRMATION / PLENISFER TZA 8 ¼ 08/09/24

███████████████████████████

Fri 03/12/2021 10:02

To: ████████████████████████████████

Cc: ████████████████████████████

Dear Team,

Below please find the details of the trades done with ███████████.
Don't hesitate in contact us in case you should need further information.
SSI: EUROCLEAR 98730
Your SSI: Euroclear 49489

| TD | SD | Amount | BCP B/S VP | Security | ISIN | Code | Price | Accrued | Principal | Total | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/2021 | 12/06/2021 | 205,000 | S | TZA 8 ¼ 08/09/24 | XS1662406468 | ZTHREE | ██ | - | 147,805.00 | 147,805.00 | USD |



**StoneX**

**STONEX FINANCIAL EUROPE S.A.**

251, route d'Arlon, L-1150 Luxembourg, Grand Duchy of Luxembourg

Company Register: R.C. Lux B10821

Authorised and regulated by the Commission de Surveillance du
Secteur Financier (CSSF)

Reg. No.: P00000012

www.stonex.com

SFE LEI: 5493009FOGEUTR4HFR55

# Trade Confirmation

| | |
|---|---|
| Counterparty: | PLENISFER INVESTMENTS SGR SPA |
| Account: | PLENIS_SFE |
| Address: | 4, Via Niccolo Machiavelli 4 |
| | Trieste, Italy |
| | I-34132 |
| Our Reference: | 000000000565472TRLO1 |

**We confirm your BUY transaction with us in Matched Principal capacity**

| | |
|---|---|
| Trade Date: | 04/08/2022 |
| Settlement Date: | 08/08/2022 |
| Trade Time (BST): | 20220804-11:49:50.000 |
| Security Description: | TZA 8.25 08/09/24 |
| Ticker: | TZA |
| ISIN: | XS1662406468 |
| SEDOL: | |
| Quantity: | 300,000 |
| Venue of Execution: | XOFF |

| | |
|---|---|
| Gross Price: | |
| Net Price: | |
| Gross Amount: | |
| Accrued Interest | |
| Discount Rate: | |
| Research Commission: | |
| Total Comm: | |
| Total Fees: | |
| Total Stamp: | |
| Total Levy: | |
| Total Tax: | |
| Transaction Costs: | |
| **Net Settlement Amount:** | |

Delivery Details:                           **(FX Rate 1 USD/USD)**

Settlement Instructions:

**Our Settlement Instructions:**          **Your Settlement Instructions:**

Place of Settlement: MGTCBEBEXXX
Local Agent Bic: MGTCBEBEXXX
Euroclear Account: 49673

© STONEX ("SFE"). SFE is authorised by the Luxembourg Ministry of Finance and regulated by the Commission de Surveillance du Secteur Financier (P00000012). All intellectual property rights reserved in this document and the information contained herein. This trade confirmation is electronically generated and requires no signature. Should this confirmation contain any terms or conditions which are contrary to your understanding, you must notify SFE immediately by email IFLEQUITIESOPS@STONEX.COM otherwise you will be deemed to have agreed to the terms and conditions of the transaction set forth in this confirmation. SFE gives no warranty or guarantee as to the accuracy of the information in this confirmation. SFE reserves the right to amend, whererequired, the content of this confirmation and reissue accordingly. Any reproduction and/or dissemination to any third party without the express authorisation or consent from SFE is strictly forbidden. SFE disclaims all liability, as well as those that may arise from third party claims, arising from you and/or a third party's use of this confirmation and/or the information contained herein.

RE: Fund GNQK – Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 [ISIN XS1662406468]

████████████████████████

Thu 01/09/2022 15:59

To: ████████████████████████████████████

Apologies for the delay

Please face our EC 45808

| | |
|---|---|
| Security:  XS1662406468 | *Trade Ticket* As of Date: 9/1/2022 |
| Settlement:  9/6/2022 | Execution Time: 08:54:44 EST |
| CUSIP:  P9423FBL2 | |
| ISIN:  XS1662406468 | |
| Security Name: TZA 8.25 08/09/24 REGS | |
| Issuer: TV AZTECA SAB DE CV | |

SELLS: 300,000 Shares
Price: ████                                         Yield: 0.0000000000
Paydown Factor: 1.0000000000

Notes: ████     SELL TO L-PLENISFE

| | |
|---|---|
| Principal USD | 159,000.00 |
| Accrued (   0 days) | 0.00 |
| Total     USD | 159,000.00 |

Many thanks



---

From: ████████████████████████████████
Sent: 01 September 2022 16:19
To: ████████████████████████████████████████████████
Cc: ████████████████████████
Subject: RE: Fund GNQK – Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 [ISIN XS1662406468]

Hello Team,
Can you please send us the confirmation for the below Trade?



```
Sent        : 09/01/22 12:42 UTC      Trade Date        : 09/01/22 12:41 UTC
Customer    :               @ PLENI   CUSIP             : A05163149
Trader      :                         ISIN              : XS1662406468
At          :                         Issuer            : TV AZTECA SA DE CV
SELLS       : 300M of TZA 8 ¹₄ 08/09/24  Dated          : 08/09/17

Price       :                         Coupon            : 8.25
Yield       : 44.769258               Maturity          : 08/09/24
Settlement  : 09/06/22                First Coupon Date : 02/09/18
Next Call Dt : 10/03/22               Venue ID          : XOFF
NOTES:
{A05163149 Corp DES<Go>}
** PRINCIPAL:                                       USD 159,000.00 **
** ACCRUED (27 days):                                        0.00 **
** TOTAL:                                           USD 159,000.00 **
```

Thanks and regards,

*Middle Office Specialist*





---

**From:**
**Sent:** 01 September 2022 15:30
**To:**
**Cc:**
**Subject:** Fund GNQK - Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 [ISIN XS1662406468]

Good afternoon Team,

We are missing to receive the confirmation for the below Trade done today:



| Fund | Sec.Type | Trans. | | | | Sec. | | | | | Settle Date | Settle C | Price | Σ |
|------|----------|--------|---|---|---|------|---|---|---|---|-------------|----------|-------|---|
| Destination Value Fun | Bond Corpo | Buy | ☐ | XS1662406468 | | TV AZTECA SA DE CV 8.250% 0 | | | 300,000 | 9/1/2022 | 9/6/2022 | USD | |

Can you kindly send it to us?

Thanks and regards,



*Middle Office Specialist*

**Plenisfer**
INVESTMENTS



RE: Fund GNQK - Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - ISIN XS1662406468

████████████████████████████████

Tue 04/10/2022 11:51

To: ████████████████████████████████████████████

Hi team,

We should be matched soon. We are EC 24908 facing your EC 49489.

Regards,

██████████████████

**De:** MOTradeConfirms <motradeconfirms@plenisfer.com>
**Enviado el:** martes, 4 de octubre de 2022 08:24
**Para:** ██████████████████████████████████████
**CC:** MOTradeConfirms <motradeconfirms@plenisfer.com>
**Asunto:** RE: Fund GNQK - Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - ISIN XS1662406468

ATENCIÓN: Este correo es externo a ███████. No abras links o adjuntos a menos que reconozcas al remitente y el contenido sea seguro.

Good afternoon Team,

We see the trade as UNMATCHED for Counterparty Lacks Instructions.
Can you please doublecheck and confirm if all is in order on your side?

| Fund | Trade Type | Security Name | Settle Loc | Trade Date | Settle Date | Isin | Executing Broker | Share Quantity | Net Amount |
|------|-----------|---------------|-----------|-----------|------------|------|-----------------|----------------|-----------|
| GNQK | BUY | TV AZTECA SA DE CV | EUR - EUROCLEAR | 10/03/2022 | 10/04/2022 | XS1662406468 | BANK OF NEW YORK | 1,000,000.000 | 507,500.00 |

Thanks and regards,

██████████████████

*Middle Office Specialist*



**Plenisfer**
INVESTMENTS

Via Sant'Andrea 10/A,
20121 Milano Italy
+39 0200644003
www.plenisfer.com

**From:** Operaciones - UK <██████████████████████>
**Sent:** 03 October 2022 19:25
**To:** MOTradeConfirms <motradeconfirms@plenisfer.com>; ████████████████████████████████████
**Subject:** RE: Fund GNQK - Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - ISIN XS1662406468

Hi team,

We confirm the trade below. We are EC 24908 facing your EC 49489.
Our custodian releases overnight.

| Trade | Trade Date | Settlement Date | Security ISIN | Security Name | Nominal | Price (D) | Currency | Amount | Market | Market Account | Counterparty |
|-------|-----------|-----------------|---------------|---------------|---------|-----------|----------|--------|--------|----------------|--------------|
| ██████ | 3-oct-22 | 4-oct-22 | XS1662406468 | TV AZTECA SAB DE CV | 1.000.000 | - | USD | 507.500,00 | EUROCLEAR | 49489 | PLENISFER |

Regards,

**De:** MOTradeConfirms <motradeconfirms@plenisfer.com>
**Enviado el:** lunes, 3 de octubre de 2022 12:40
**Para:** Operaciones - ███████████████████████████████
**CC:** MOTradeConfirms <motradeconfirms@plenisfer.com>
**Asunto:** RE: Fund GNQK - Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - ISIN XS1662406468

ATENCIÓN: Este correo es externo a ██████. No abras links o adjuntos a menos que reconozcas al remitente y el contenido sea seguro.

Hello Team,
Can you kindly provide the confirmation of the Trade?

Thanks and regards,

██████████
*Middle Office Specialist*



Via Sant'Andrea 10/A,
20121 Milano Italy
+39 0200644003
www.plenisfer.com

---

**From:** MOTradeConfirms <motradeconfirms@plenisfer.com>
**Sent:** 03 October 2022 16:31
**To:** Operaciones - ███████████████████████████████
**Cc:** MOTradeConfirms <motradeconfirms@plenisfer.com>
**Subject:** RE: Fund GNQK - Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - ISIN XS1662406468

Hello Team,
Can you kindly provide the confirmation for the below Trade and please confirm the Settlement Instruction?

Thanks and regards,

██████████
*Middle Office Specialist*



Via Sant'Andrea 10/A,
20121 Milano Italy
+39 0200644003
www.plenisfer.com

---

**From:** MOTradeConfirms <motradeconfirms@plenisfer.com>
**Sent:** 03 October 2022 13:56
**To:** Operaciones - ███████████████████████████████
**Cc:** MOTradeConfirms <motradeconfirms@plenisfer.com>
**Subject:** Fund GNQK - Missing Confirmation TV AZTECA SA DE CV 8.250% 08/09/24 - ISIN XS1662406468

Good afternoon team,

We are missing to receive the Confirmation for below Trade done today:

Can you please check and provide us the Confirmation.

We wish to settle the trade on our **EUROCLEAR 49489**



Thanks and regards,





*Middle Office Specialist*

![Plenisfer INVESTMENTS]

Via Sant'Andrea 10/A,
20121 Milano Italy
+39 0200644003
www.plenisfer.com

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| CORPORACIÓN DE ASESORÍA TÉCNICA Y DE PRODUCCIÓN, S.A. DE C.V., | Case No. 23-_____ (___) |
| Alleged Debtor. | |

**CORPORATE OWNERSHIP STATEMENT OF PLENISFER INVESTMENTS SICAV - DESTINATION VALUE TOTAL RETURN**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, petitioner Plenisfer Investments SICAV - Destination Value Total Return (the "Petitioner"), states that it is an Investment Company with Variable Capital ("ICVC") organized under the laws of Luxembourg.  To the best of Petitioner's knowledge, no publicly held corporation owns 10% or more of its equity interests.

**<u>Declaration Under Penalty of Perjury</u>**

I, the undersigned authorized representative of Plenisfer Investments SGR S.p.A., signing for and on behalf of Plenisfer Investments SICAV - Destination Value Total Return, a Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: March 20, 2023

By: _ *s/Gordano Giacomo Salvatore Lombardo*_____
      Giordano Giacomo Salvatore Lombardo
      Chief Executive Officer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CORPORACIÓN DE ASESORÍA TÉCNICA Y DE PRODUCCIÓN, S.A. DE C.V., | Case No. 23-_____ (___) |
| Alleged Debtor. | |

**DECLARATION OF ANTHONY C. SCIRE ON BEHALF OF CYRUS**
**OPPORTUNITIES MASTER FUND II, LTD. PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)**

Pursuant to 28 U.S.C. § 1746, Anthon C. Scire declares as follows:

1.      I make this declaration on behalf of Cyrus Opportunities Master Fund II, Ltd.
("Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy
Case") filed by Petitioning Creditor and other petitioning creditors against Corporación de
Asesoría Técnica y de Producción, S.A. de C.V. (the "Debtor").  I am fully familiar with the facts
set forth herein either through my own personal knowledge or through a review of documents
related to Petitioning Creditor's claims against the Debtor.  If called to testify in connection with
the Bankruptcy Case, the following would constitute my testimony.

2.      I am the Chief Financial Officer of the investment manager of Cyrus
Opportunities Master Fund II, Ltd.

3.      Petitioning Creditor holds claims against Debtor in the aggregate principal amount
of at least $27,477,000 based upon certain of its holdings of the 8.25% senior unsecured notes due
2024 issued by debtor TV Azteca, S.A.B. de C.V. under that certain Indenture, dated as of August
9, 2017 (the "Notes") and guaranteed by Debtor.  Petitioning Creditor's holdings of Notes that are
being relied upon for the purpose of satisfying the requirement of 11 U.S.C. § 303(b)(1) were

acquired on November 31, 2021, December 1, 2021, December 9, 2021, December 10, 2021, May 9, 2022, May 11, 2022, September 20, 2022, October 26, 2022 and November 8, 2022, as reflected in the attached documents.

4.      Petitioning Creditor also holds claims for accrued but unpaid interest on the Notes that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1), plus applicable fees, costs and other charges.

5.      Petition did not purchase the Notes for the purpose of commencing this case under the Bankruptcy Code.

6.      Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing the Bankruptcy Case.

7.      Petitioning Creditor may also hold other claims against Debtor based upon its holdings of other securities or debt instruments of Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2023.

By: __s/Anthony C. Scire_____
Anthony C. Scire
Chief Financial Officer of Cyrus Capital
Partners, L.P., the investment manager of Cyrus
Opportunities Master Fund II, Ltd.



**Custody Position** AR=301508.18

Advisor: CYRUS
Fund: ALL
Business Date: Mar 10, 2023
Run Date: Mar 11, 2023 02:51 AM EST

GLOBAL
SECURITIES
SERVICES

Goldman
Sachs

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided to you to assist in your management of the reference portfolio. This material contains information provided by you and third parties, including pricing services, which may be indicative and subject to change and may not be complete, accurate or current and Goldman Sachs has no liability with respect thereto. This material may include debits or credits arising as a consequence of corporate actions and such debits or credits are indicative and may be subject to change as a consequence of, but not limited to, actions or omissions of the issuer and fluctuations in applicable foreign exchange rates. Values may be obtained from pricing services. This material and the valuation methodologies used are subject to change without notice and Goldman Sachs has no obligation to update you as to any such changes. This material may not reflect valuations you would receive from other dealers, or even from affiliates or other business units of Goldman Sachs. The stated prices/values are as of the date indicated, and cannot be relied upon as a representation that any transaction can be effected at this price. This material is intended only as a reference and should not be relied upon for the maintenance of your books and records or for tax, accounting, financial or regulatory reporting purposes, or for any disclosure purposes without your independent review of such material and, in consultation with your professional advisors, your determination of whether any adjustments are appropriate given your circumstances. Securities positions not held at Goldman Sachs or its affiliates have not been verified for their existence or valuation. Any questions regarding the nature of this material should be raised promptly with your Goldman Sachs contact person.



| Description | Investment | Long/Short Code | Trade Date Quantity | Pending Quantity | Local Currency | Market Price(Local) [1] | Market Price(Base) | Market Value(local) | Market Value(Base) | Isin | Sedol | Cusip | Symbol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TV AZTECA S.A.B. DE C.V. 8.25% 08/09/2024 USD PVT REGS SR LIEN | BD93Q57 | L | 96,872,000 | 400000.00 | USD | | | 43,049,916.8000 | 43,049,916 8000 | XS1662406468 | BD93Q57 | 9LN09J4C0 | AB0Q6I |

CYRUS ● ALL ● USD (Cont.)

[1] * Indicates Stale Price

This disclaimer is provided by Goldman Sachs (all relevant entities), including Goldman Sachs & Co LLC, Goldman Sachs International, Goldman Sachs International Succursale de Paris, Goldman Sachs Bank Europe SE and Goldman Sachs Paris Inc. et Cie, collectively referred to as Goldman Sachs, in relation to the content of this report. The content of this report is based on contractual settlement. Positions shown in this report may include transactions which had not settled on the due date but which Goldman Sachs had, in its discretion, provisionally credited or debited the Account with on such due date of settlement, as if the transaction had actually settled on that date. Positions may be held at Goldman Sachs or in the sub-custody network of Goldman Sachs International or Goldman Sachs Bank Europe SE (as applicable).

This material is not an official Goldman Sachs statement: if there is any discrepancy between this material and your official statement, the official statement should be relied upon. In addition, this report may include positions in the variation margin collateral account, which are not subject to the protections provided by the customer protection rule (Rule 15c3-3 under the Exchange Act of 1934), the Securities Investor Protection Act and any excess SIPC coverage. Credits or positive balances in the variation margin account reflect collateral that has been transferred to you by GS and not Client Money within the meaning given to that term in the FCA Handbook. The effect of this is that such balance will not be segregated from the money of GS and will be by GS in the course of its business and you will rank as a general creditor of GS.



Statement of Account With
**GOLDMAN SACHS & CO. LLC**
200 West Street, New York, NEW YORK 10282-2198, UNITED STATES

| ACCOUNT NO | STATEMENT PERIOD | PAGE |
|---|---|---|
| 002-08224-6 | FROM 01 Nov 2021 TO 30 Nov 2021 | 21 of 38 |

| TRADE DATE | SETTLE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT | CCY | A/C TYPE |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT ACTIVITY - SECURITIES PURCHASED AND SOLD (Cont.)** | | | | | | | | | |
| **EMERGING DEBT MARKETS (Cont.)** | | | | | | | | | |
| **US Dollar (Cont.)** | | | | | | | | | |
| **TRADED THIS PERIOD AND SETTLING IN FUTURE (Cont.)** | | | | | | | | | |
| | | | | TV AZTECA S.A.B. DE C.V. | | | | | |
| | | | | 8.25% 08/09/2024 USD | | | | | |
| | | | | CUSIP: 9LN09J4C0 | | | | | |
| | | | | ISIN: XS1662406468 | | | | | |
| | | | | FITCH:C | | | | | |
| 30 Nov 2021 | 02 Dec 2021 | BUY | 3,936,000 | 129556331 | | | - | USD | MGNL |
| **TOTAL TRADED THIS PERIOD AND SETTLING IN FUTURE** | | | | | | | | | |
| **TOTAL US Dollar** | | | | | | | | | |
| **HIGH YIELD** | | | | | | | | | |
| **US Dollar** | | | | | | | | | |

**PREF STOCK**
**Euro**
**TRADED AND SETTLED IN THIS PERIOD**

**US Dollar**
**TRADE DATE IN PRIOR PERIOD**

**TRADED AND SETTLED IN THIS PERIOD**

If this statement is not correct, please notify us immediately.  It should be retained for your future reference



Statement of Account With
**GOLDMAN SACHS & CO. LLC**
200 West Street, New York, NEW YORK 10282-2198, UNITED STATES

| ACCOUNT NO | STATEMENT PERIOD | PAGE |
|---|---|---|
| 002-08224-6 | FROM 01 Dec 2021 TO 31 Dec 2021 | 20 of 38 |

| TRADE DATE | SETTLE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT | CCY | A/C TYPE |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT ACTIVITY - SECURITIES PURCHASED AND SOLD (Cont.)** | | | | | | | | | |
| **EMERGING DEBT MARKETS (Cont.)** | | | | | | | | | |
| **US Dollar (Cont.)** | | | | | | | | | |
| **TRADE DATE IN PRIOR PERIOD (Cont.)** | | | | | | | | | |



| TRADE DATE | SETTLE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT | CCY | A/C TYPE |
|---|---|---|---|---|---|---|---|---|---|
| **TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |
| | | | | TV AZTECA S.A.B. DE C.V. 8.25% 08/09/2024 USD CUSIP: 9LN09J4C0 ISIN: XS1662406468 FITCH:C | | | | | |
| 01 Dec 2021 | 03 Dec 2021 | BUY | 10,295,000 | 129723242 | | | - | USD | MGNL |
| | | | | TV AZTECA S.A.B. DE C.V. 8.25% 08/09/2024 USD CUSIP: 9LN09J4C0 ISIN: XS1662406468 FITCH:C | | | | | |
| 09 Dec 2021 | 13 Dec 2021 | BUY | 2,123,000 | 130556266 | | | - | USD | MGNL |
| | | | | TV AZTECA S.A.B. DE C.V. 8.25% 08/09/2024 USD CUSIP: 9LN09J4C0 ISIN: XS1662406468 FITCH:C | | | | | |
| 10 Dec 2021 | 14 Dec 2021 | BUY | 265,000 | 130740823 | | | - | USD | MGNL |
| **TOTAL TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | USD | |
| **TOTAL US Dollar** | | | | | | | | USD | |
| **HIGH YIELD** | | | | | | | | | |
| **UK Pound Sterling** | | | | | | | | | |
| **TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |

**Goldman Sachs**

Statement of Account With
**GOLDMAN SACHS & CO. LLC**
200 West Street, New York, NEW YORK 10282-2198, UNITED STATES

| ACCOUNT NO | STATEMENT PERIOD | PAGE |
|---|---|---|
| 002-08224-6 | FROM 01 May 2022 TO 31 May 2022 | 23 of 42 |

| TRADE DATE | SETTLE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT | CCY | A/C TYPE |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT ACTIVITY - SECURITIES PURCHASED AND SOLD (Cont.)** | | | | | | | | | |
| **EMERGING DEBT MARKETS (Cont.)** | | | | | | | | | |
| **US Dollar (Cont.)** | | | | | | | | | |
| **TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |
| | | | | TV AZTECA S.A.B. DE C.V. 8.25% 08/09/2024 USD CUSIP: 9LN09J4C0 ISIN: XS1662406468 FITCH:C | | | | | |
| 09 May 2022 | 11 May 2022 | BUY | 2,902,000 | 147560805 TV AZTECA S.A.B. DE C.V. 8.25% 08/09/2024 USD CUSIP: 9LN09J4C0 ISIN: XS1662406468 FITCH:C | | | - | USD | MGNL |
| 11 May 2022 | 13 May 2022 | BUY | 2,102,000 | 147908509 | | | - | USD | MGNL |
| **TOTAL TRADED AND SETTLED IN THIS PERIOD** | | | | | | | 0.00 | USD | |
| **TOTAL US Dollar** | | | | | | | 0.00 | USD | |

**FICC - OTHER**
**Swiss Franc**
**TRADED THIS PERIOD AND SETTLING IN FUTURE**



**HIGH YIELD**
**UK Pound Sterling**
**TRADED AND SETTLED IN THIS PERIOD**



Statement of Account With
**GOLDMAN SACHS & CO. LLC**
200 West Street, New York, NEW YORK 10282-2198, UNITED STATES

| ACCOUNT NO | STATEMENT PERIOD | PAGE |
|---|---|---|
| 002-08224-6 | FROM 01 Sep 2022 TO 30 Sep 2022 | 19 of 36 |

| TRADE DATE | SETTLE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT | CCY | A/C TYPE |
|---|---|---|---|---|---|---|---|---|---|

**ACCOUNT ACTIVITY - SECURITIES PURCHASED AND SOLD (Cont.)**
**COMMON STOCK (Cont.)**
**US Dollar (Cont.)**
**TRADED AND SETTLED IN THIS PERIOD (Cont.)**

**DISTRESSED**
**US Dollar**
**TRADED AND SETTLED IN THIS PERIOD**

**EMERGING DEBT MARKETS**
**US Dollar**
**TRADED AND SETTLED IN THIS PERIOD**

| TRADE DATE | SETTLE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT | CCY | A/C TYPE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | TV AZTECA S.A.B. DE C.V. | | | | | |
| | | | | 8.25% 08/09/2024 USD | | | | | |
| | | | | CUSIP: 9LN09J4C0 | | | | | |
| | | | | ISIN: XS1662406468 | | | | | |
| | | | | FITCH:C | | | | | |
| 20 Sep 2022 | 22 Sep 2022 | BUY | 1,397,000 | 165137813 | | | | - USD | MGNL |
| **TOTAL TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | USD | |
| **TOTAL US Dollar** | | | | | | | | USD | |



Statement of Account With
**GOLDMAN SACHS & CO. LLC**
200 West Street, New York, NEW YORK 10282-2198, UNITED STATES

| ACCOUNT NO | STATEMENT PERIOD | PAGE |
|---|---|---|
| 002-08224-6 | FROM 01 Oct 2022 TO 31 Oct 2022 | 19 of 38 |

| TRADE DATE | SETTLE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT | CCY | A/C TYPE |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT ACTIVITY - SECURITIES PURCHASED AND SOLD (Cont.)** | | | | | | | | | |
| **EMERGING DEBT MARKETS** | | | | | | | | | |
| **US Dollar** | | | | | | | | | |
| **TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |
| | | | | TV AZTECA S.A.B. DE C.V. | | | | | |
| | | | | 8.25% 08/09/2024 USD | | | | | |
| | | | | CUSIP: 9LN09J4C0 | | | | | |
| | | | | ISIN: XS1662406468 | | | | | |
| | | | | FITCH:C | | | | | |
| 26 Oct 2022 | 28 Oct 2022 | BUY | 4,065,000 | 170188395 | ■ | ■ | - | USD | MGNL |
| **TOTAL TRADED AND SETTLED IN THIS PERIOD** | | | | | | ■ | ■ | USD | |
| **TOTAL US Dollar** | | | | | | ■ | ■ | USD | |
| **HIGH YIELD** | | | | | | | | | |
| **UK Pound Sterling** | | | | | | | | | |
| **TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |



**Goldman Sachs**

Statement of Account With
**GOLDMAN SACHS & CO. LLC**
200 West Street, New York, NEW YORK 10282-2198, UNITED STATES

| ACCOUNT NO | STATEMENT PERIOD | PAGE |
|---|---|---|
| 002-08224-6 | FROM 01 Nov 2022 TO 30 Nov 2022 | 20 of 37 |

| TRADE DATE | SETTLE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | DEBIT | CREDIT | CCY | A/C TYPE |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT ACTIVITY - SECURITIES PURCHASED AND SOLD (Cont.)** | | | | | | | | | |
| **DISTRESSED (Cont.)** | | | | | | | | | |
| **US Dollar (Cont.)** | | | | | | | | | |
| **TRADED THIS PERIOD AND SETTLING IN FUTURE** | | | | | | | | | |
| | | | | | | | | | |
| **EMERGING DEBT MARKETS** | | | | | | | | | |
| **US Dollar** | | | | | | | | | |
| **TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |
| | | | | TV AZTECA S.A.B. DE C.V. 8.25% 08/09/2024 USD CUSIP: 9LN09J4C0 ISIN: XS1662406468 FITCH:C | | | | | |
| 08 Nov 2022 | 10 Nov 2022 | BUY | 392,000 | 171853686 | | | | - USD | MGNL |
| **TOTAL TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |
| **TOTAL US Dollar** | | | | | | | | | |
| **HIGH YIELD** | | | | | | | | | |
| **UK Pound Sterling** | | | | | | | | | |
| **TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |
| | | | | | | | | | |
| **US Dollar** | | | | | | | | | |
| **TRADED AND SETTLED IN THIS PERIOD** | | | | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| CORPORACIÓN DE ASESORÍA TÉCNICA Y DE PRODUCCIÓN, S.A. DE C.V., | Case No. 23-_____ (___) |
| Alleged Debtor. | |

## CORPORATE OWNERSHIP STATEMENT OF
## CYRUS OPPORTUNITIES MASTER FUND II, LTD.

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, petitioner Cyrus Opportunities Master Fund II, Ltd. (the "Petitioner"), states that it is an exempted limited company organized under the laws of the Cayman Islands.  To the best of Petitioner's knowledge, no publicly held corporation owns 10% or more of its equity interests.

### <u>Declaration Under Penalty of Perjury</u>

I, the undersigned authorized representative of Cyrus Opportunities Master Fund II, Ltd., a Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: March 20, 2023

By: __*s/Anthony C. Scire*_____
Anthony C. Scire
Chief Financial Officer of Cyrus Capital
Partners, L.P., the investment manager of Cyrus
Opportunities Master Fund II, Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CORPORACIÓN DE ASESORÍA TÉCNICA Y DE PRODUCCIÓN, S.A. DE C.V., | Case No. 23-_____ (___) |
| Alleged Debtor. | |

### DECLARATION OF CONTRARIAN CAPITAL MANAGEMENT, LLC ON BEHALF OF SANDPIPER LIMITED PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, Lewis Schwartz declares as follows:

1.      I make this declaration on behalf of Sandpiper Limited ("Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy Case") filed by Petitioning Creditor and other petitioning creditors against Corporación de Asesoría Técnica y de Producción, S.A. de C.V. (the "Debtor").  I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Debtor.  If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2.      I am the Director of Sandpiper Limited.

3.      Petitioning Creditor holds claims against Debtor in the aggregate principal amount of at least $24,238,000 based upon certain of its holdings of the 8.25% senior unsecured notes due 2024 issued by debtor TV Azteca, S.A.B. de C.V. under that certain Indenture, dated as of August 9, 2017 (the "Notes") and guaranteed by Debtor.  An affiliate of Petitioning Creditor (the "Original Beneficial Owner") transferred its ownership of the Notes to Petitioning Creditor on March 13, 2023.  Petitioning Creditor's holdings of Notes that are being relied upon for the purpose of

satisfying the requirement of 11 U.S.C. § 303(b)(1) were acquired by the Original Beneficial

Owner on February 10, 2021 to November 15, 2022, as reflected in the attached documents.

4.      Petitioning Creditor also holds claims for accrued but unpaid interest on the Notes

that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1),

plus applicable fees, costs and other charges.

5.      Neither Petitioning Creditor nor the Original Beneficial Owner purchased the Notes

in the open market for the purpose of commencing this case under the Bankruptcy Code.

6.      The Original Beneficial Owner acquired its claims on the open market for

investment purposes and not for the purpose of commencing the Bankruptcy Case.

7.      Petitioning Creditor may also hold other claims against Debtor based upon its

holdings of other securities or debt instruments of Debtor.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this 20th day of March, 2023.

By:  _s/ Lewis Schwartz_____
        Lewis Schwartz
        Director

2

# Appraisal and Asset Summary

**Account: SANDPIPER LIMITED (2MA01227)**
Grouped by Account, Account Type, Local Currency, Long/Short & Product Type

March 15, 2023



| Security Description | Symbol / WF Sec ID | CUSIP / ISIN | MarketPrice | Local Currency Trade Date Quantity | Local Currency Trade Date Market Value | Local Currency Settle Date Quantity | Local Currency Settle Date Market Value | USD Trade Date Quantity | USD Trade Date Market Value | USD Settle Date Quantity | USD Settle Date Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: SANDPIPER LIMITED (2MA01227)** | | | | | | | | | | | |
| **Margin Account** | | | | | | | | | | | |
| **EUR (Euro)** | | EUR/USD FX Rate:   1.05860 | | | | | | | | | |
| **Long Corporate Debt** | | | | | | | | | | | |
| TV AZTECA SA DE CV 8.25 08/09/2024 | 43743086 | P9423FBL2 XS1662406468 | 42.44 | 24,238,000.00 | 10,285,466.04 | 24,238,000.00 | 10,285,466.04 | 24,238,000.00 | 10,888,194.35 | 24,238,000.00 | 10,888,194.35 |
| **Long Corporate Debt :** | | | | | 10,285,466.04 | | 10,285,466.04 | | 10,888,194.35 | | 10,888,194.35 |
| **Long Total :** | | | | | 10,285,466.04 | | 10,285,466.04 | | 10,888,194.35 | | 10,888,194.35 |
| **Net EUR (Euro) :** | | | | | 10,285,466.04 | | 10,285,466.04 | | 10,888,194.35 | | 10,888,194.35 |
| **Net Margin Account:** | | | | | | | | | 10,888,194.35 | | 10,888,194.35 |
| **Net Account: SANDPIPER LIMITED (2MA01227):** | | | | | | | | | 10,888,194.35 | | 10,888,194.35 |
| **Net in Reporting Currency (USD) :** | | | | | | | | | 10,888,194.35 | | 10,888,194.35 |

# Appraisal and Asset Summary

**Account: SANDPIPER LIMITED (2MA01227)**
Grouped by Account, Account Type, Local Currency, Long/Short & Product Type
March 15, 2023



| Security Description | Currency | FX Rate | Local Currency | | | | USD (US Dollar) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Trade Date | | Settle Date | | Trade Date | | Settle Date | |
| | | | Long Market | Short Market Value | Long Market Value | Short Market Value | Long Market Value | Short Market Value | Long Market Value | Short Market Value |
| **Investment Summary** | | | | | | | | | | |
| **Account: SANDPIPER LIMITED (2MA01227)** | | | | | | | | | | |
| **Margin Account** | | | | | | | | | | |
| Fixed Income | EUR | 1.05860 | 10,285,466.04 | 0.00 | 10,285,466.04 | 0.00 | 10,888,194.35 | 0.00 | 10,888,194.35 | 0.00 |
| Total Margin Account: | | | | | | | 10,888,194.35 | 0.00 | 10,888,194.35 | 0.00 |
| Total Account: SANDPIPER LIMITED (2MA01227): | | | | | | | 10,888,194.35 | 0.00 | 10,888,194.35 | 0.00 |
| Net Investment Summary: | | | | | | | 10,888,194.35 | 0.00 | 10,888,194.35 | 0.00 |
| **Cash Dr.(Cr.) Balances *** | | | | | | | | | | |
| **Account: SANDPIPER LIMITED (2MA01227)** | | | | | | | | | | |
| **Cash Account** | | | | | | | | | | |
| Euro | EUR | 1.05860 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cash Account: | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Account: SANDPIPER LIMITED (2MA01227): | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Cash Dr.(Cr.) Balances *: | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Investments and Cash Dr.(Cr.) Balances : | | | | | | | 10,888,194.35 | | 10,888,194.35 | |

# Appraisal and Asset Summary

**Account: SANDPIPER LIMITED (2MA01227)**
Grouped by Account, Account Type, Local Currency, Long/Short & Product Type
March 15, 2023

**WELLS FARGO**

| | | | Local Currency | | | | USD (US Dollar) | | | |
| | | | Trade Date | | Settle Date | | Trade Date | | Settle Date | |
| Security Description | Currency | FX Rate | Long Market Value | Short Market Value | Long Market Value | Short Market Value | Long Market Value | Short Market Value | Long Market Value | Short Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total all Accounts(SANDPIPER LIMITED)** | | | | | | | | | | |
| **Investment Summary** | | | | | | | | | | |
| **Margin Account** | | | | | | | | | | |
| Fixed Income | EUR | 1.05860 | 10,285,466.04 | 0.00 | 10,285,466.04 | 0.00 | 10,888,194.35 | 0.00 | 10,888,194.35 | 0.00 |
| Total Margin Account : | | | | | | | 10,888,194.35 | 0.00 | 10,888,194.35 | 0.00 |
| Grand Total Net Investment Summary : | | | | | | | 10,888,194.35 | 0.00 | 10,888,194.35 | 0.00 |
| **Cash Dr.(Cr.) Balances *** | | | | | | | | | | |
| **Cash Account** | | | | | | | | | | |
| Euro | EUR | 1.05860 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net EUR Balance : | | | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| Total Cash Account : | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Grand Total Net Cash Dr.(Cr.) Balances * : | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Net USD Cash Balance : | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Grand Total Net Investments and Cash Dr.(Cr.) Balances : | | | | | | | 10,888,194.35 | | 10,888,194.35 | |

* Cash Balances are provided from a Custodian's perspective, whereby client's Debit balances are positive and Credit balances are negative.

# Appraisal and Asset Summary

**Account: SANDPIPER LIMITED (2MA01227)**

**Grouped by Account, Account Type, Local Currency, Long/Short & Product Type**

*Generated: 03/16/2023  00:59:26 EDT*

**March 15, 2023**



**Parameters Used:**

| | |
|---|---|
| **Page Count:** | **4** |
| **Record Count:** | **3** |
| **Report Period:** | **March 15, 2023** |
| **Date Format:** | **MM/DD/YYYY** |
| **Reporting Currency:** | USD |
| **Entity:** | **Account: SANDPIPER LIMITED (2MA01227)** |
| **Account:** | **2MA01227** |

**\*\*UCP - Not an actual currency, amount provided by Client**

**Disclaimer:**

Wells Fargo Securities provides these reports as an accommodation solely for informational purposes and not for the benefit of or use by any third party.  The prices and related information contained herein represent estimated values as of the dates indicated.  Prices indicated may not reflect realizable values and are subject to change; consequently, such prices should not be relied upon for valuations of your positions. The information contained herein has been obtained or derived from sources and/or methods believed to be reliable but Wells Fargo Securities does not guarantee and makes no representation or warranty whatsoever, whether express or implied, including, without limitation, any warranties of fitness for a particular purpose or merchantability, with respect to the data or the accuracy or completeness thereof.  In the event of any discrepancy between the information provided herein and the information set forth on confirmations or monthly account statements, the latter shall govern.  The information contained herein is not an offer, or a solicitation of any offer, or a recommendation to buy or sell any security or other financial instrument.  Wells Fargo Securities is not providing tax, legal, accounting or other advice and is not acting as your advisor; you should consult your own independent tax, legal accounting and other advisors.

Wells Fargo Securities fully disclaims any and all liability and responsibility for the information contained herein and any reliance thereupon.  By accepting this report, you acknowledge and agree that, under no circumstances shall Wells Fargo Securities be liable for any damages whatsoever, whether direct, indirect, punitive, special or consequential, that are directly or indirectly attributable to the use of, or inability to use, this report and you hereby release and forever discharge Wells Fargo Securities from any responsibility, liability, obligations, claims or damages of any nature whatsoever arising



# TRADE ALLOCATION FORM

Trade ID: ▮

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/2021 | 02/12/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 650,000.00 | ▮ | | | | 281,125.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -0.9999999 | 62.77% | 408,000.00 | 176,460.00 | 62.77% | 0.00 | | | 176,460.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 5,055,439.98 | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | | ▮ | ▮ | ▮ | | |
| Totals | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | |

**Additional Notes**

▮

| Identifiers | |
|---|---|
| Geneva Code | ▮ |
| CUSIP | |
| ISIN | ▮ |

Confidential



# TRADE ALLOCATION FORM

Trade ID: ■

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | 05/04/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 1,500,000.00 | ■ | | | | | 738,750.00 | USD | Tim Lantz | ■ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | | |
| cem | -0.9999994 | 93.13% | 1,397,000.00 | 688,022.50 | 93.13% | | | | 688,022.50 | | USD | BS Equity | Gross Exposure Limit (*Max) | 13,044,230.38 | | | |
| | ■ | ■ | ■ | ■ | ■ | | | | ■ | ■ | | ■ | ■ | ■ | | | |
| | ■ | ■ | ■ | ■ | ■ | | | | ■ | ■ | | ■ | ■ | ■ | | | |
| | ■ | ■ | ■ | ■ | ■ | | | | ■ | ■ | | ■ | ■ | ■ | | | |
| | ■ | ■ | ■ | ■ | ■ | | | | ■ | ■ | | ■ | ■ | ■ | | | |
| | ■ | ■ | ■ | ■ | ■ | | | | ■ | ■ | | ■ | ■ | ■ | | | |
| Totals | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | | | | ■ | | | |

## Additional Notes

| Identifiers | |
|---|---|
| Geneva Code | ■ |
| CUSIP | |
| ISIN | ■ |



# TRADE ALLOCATION FORM

Pg 44 of 62

Trade ID: ▉

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | 05/04/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 1,500,000.00 | ▉ | | | | 738,750.00 | | USD | Tim Lantz | ▉ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | | Override Code | Comments |
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| cem | -0.9999994 | 62.60% | 939,000.00 | 462,457.50 | 62.60% | | | | 462,457.50 | | USD | BS Equity | Gross Exposure Limit (*Max) | 11,647,230.38 | | |
| | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | ▉ | ▉ | | ▉ | ▉ | | |
| | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | ▉ | ▉ | | ▉ | ▉ | | |
| | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | ▉ | ▉ | | ▉ | ▉ | | |
| | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | ▉ | ▉ | | ▉ | ▉ | | |
| Totals | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▉ |
| CUSIP | |
| ISIN | ▉ |



# TRADE ALLOCATION FORM

Trade ID: ██████

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/2021 | 06/04/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 344,000.00 | ████ | | | | 170,280.00 | | USD | Tim Lantz | ██████ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | | $ | | |
| cem | -1.0000006 | 46.51% | 160,000.00 | 79,200.00 | 46.51% | | | | 79,200.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | | 11,997,854.29 | | |
| ██ | ███ | ██ | ████ | ███ | ██ | | | | ███ | ██ | ██ | | ████ | | ████ | | |
| ██ | ███ | ██ | ████ | ███ | ██ | | | | ███ | ██ | ██ | | ████ | | ████ | | |
| ██ | ███ | ██ | ████ | ███ | ██ | | | | ███ | ██ | ██ | | ████ | | ████ | | |
| ██ | ███ | ██ | ████ | ███ | ██ | | | | ███ | ██ | ██ | | ████ | | ████ | | |
| **Totals** | | █ | ███ | ███ | ███ | █ | █ | █ | ███ | ██ | | | | | ████ | | |

**Additional Notes**

| Identifiers | | |
|---|---|---|
| Geneva Code | ████ | |
| CUSIP | | |
| ISIN | ████ | |



# TRADE ALLOCATION FORM

Trade ID: 

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/2021 | 06/04/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 400,000.00 | ▮ | | | | | 198,000.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -1.0000006 | 64.25% | 257,000.00 | 127,215.00 | 64.25% | | | | 127,215.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 11,837,854.29 | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| Totals | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▮ |
| CUSIP | |
| ISIN | ▮ |

Printed: 03/16/2023 05:03 PM



# TRADE ALLOCATION FORM

Trade ID:

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04/2021 | 06/08/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 200,000.00 | ▮ | | | | 98,800.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -1.0000006 | 47.00% | 94,000.00 | 46,436.00 | 47.00% | | | | 46,436.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 25,127,982.18 | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | | | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | ▮ | ▮ | | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | ▮ | ▮ | | ▮ | ▮ | | |
| Totals | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▮ |
| CUSIP | |
| ISIN | ▮ |



# TRADE ALLOCATION FORM

Trade ID: ▉

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/2021 | 06/14/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 200,000.00 | ▉ | | | | | 98,800.00 | | USD | Tim Lantz | ▉ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -1.0000006 | 62.50% | 125,000.00 | 61,750.00 | 62.50% | | | | 61,750.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 37,964,908.04 | | |
| | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | | ▉ | ▉ | ▉ | ▉ | | |
| | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | | ▉ | ▉ | ▉ | ▉ | | |
| | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | | ▉ | ▉ | ▉ | ▉ | | |
| | ▉ | ▉ | ▉ | ▉ | ▉ | | | | ▉ | | ▉ | ▉ | ▉ | ▉ | | |
| **Totals** | ▉ | ▉ | | ▉ | ▉ | | ▉ | ▉ | ▉ | ▉ | ▉ | | | ▉ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▉ |
| CUSIP | |
| ISIN | ▉ |



# TRADE ALLOCATION FORM

Trade ID: ▮

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2021 | 07/01/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 1,000,000.00 | ▮ | | | | 502,500.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -1.0000004 | 58.00% | 580,000.00 | 291,450.00 | 58.00% | | | | 291,450.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 75,848,434.67 | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| **Totals** | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▮ |
| CUSIP | |
| ISIN | ▮ |



# TRADE ALLOCATION FORM

Trade ID: ▮

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2021 | 07/06/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 4,000,000.00 | ▮ | | | | 2,010,000.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -0.9999994 | 61.68% | 2,467,000.00 | 1,239,667.50 | 61.68% | | | | 1,239,667.50 | | USD | BS Equity | Gross Exposure Limit (*Max) | 32,403,155.97 | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| Totals | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▮ |
| CUSIP | |
| ISIN | ▮ |



# TRADE ALLOCATION FORM

Trade ID: ▮

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/09/2021 | 07/13/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 2,000,000.00 | ▮ | | | | 1,005,000.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -0.9999994 | 72.30% | 1,446,000.00 | 726,615.00 | 72.30% | | | | 726,615.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 3,281,263.22 | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| Totals | | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▮ |
| CUSIP | |
| ISIN | ▮ |



# TRADE ALLOCATION FORM
Pg 52 of 62

Trade ID: ▊

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/2021 | 11/09/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 3,000,000.00 | ▊ | | | | | 2,186,250.00 | USD | Tim Lantz | ▊ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| cem | -0.9999994 | 59.17% | 1,775,000.00 | 1,293,531.25 | 59.17% | | | | 1,293,531.25 | | USD | BS Equity | Gross Exposure Limit (*Max) | 67,128,902.23 | | |
| ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | | | | ▊ | ▊ | ▊ | | ▊ | ▊ | | |
| ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | | | | ▊ | ▊ | ▊ | | ▊ | ▊ | | |
| ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | | | | ▊ | ▊ | ▊ | | ▊ | ▊ | | |
| ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | | | | ▊ | ▊ | ▊ | | ▊ | ▊ | | |
| Totals | ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | | | | ▊ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▊ |
| CUSIP | |
| ISIN | ▊ |



# TRADE ALLOCATION FORM

Trade ID:

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/2021 | 11/09/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 2,000,000.00 | | | | | 1,450,000.00 | | USD | Tim Lantz | |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -0.9999994 | 56.80% | 1,136,000.00 | 823,600.00 | 56.80% | | | | 823,600.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 68,901,672.53 | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Totals | | | | | | | | | | | | | | | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | |
| CUSIP | |
| ISIN | |



# TRADE ALLOCATION FORM

Pg 54 of 62

Trade ID: ███

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/2021 | 11/09/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 4,000,000.00 | ███ | | | | 2,910,000.00 | | USD | Tim Lantz | ███ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | | |
| cem | -0.9999994 | 62.58% | 2,503,000.00 | 1,820,932.50 | 62.58% | | | | 1,820,932.50 | | USD | BS Equity | Gross Exposure Limit (*Max) | 67,765,672.53 | | | |
| | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | | ███ | ███ | ███ | | | |
| | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | | ███ | ███ | ███ | | | |
| | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | | ███ | ███ | ███ | | | |
| | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | | ███ | ███ | ███ | | | |
| Totals | ▐ | ███ | ███ | ███ | ███ | ▐ | ▐ | ▐ | ███ | ███ | | | | ███ | | | |

**Additional Notes**

| Identifiers | | |
|---|---|---|
| Geneva Code | ███ | |
| CUSIP | | |
| ISIN | ███ | |



**TRADE ALLOCATION FORM**

Trade ID: ██████

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2021 | 11/10/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 3,514,000.00 | ██████ | | | | 2,556,435.00 | | USD | Tim Lantz | ██████ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -0.9999994 | 62.55% | 2,198,000.00 | 1,599,045.00 | 62.55% | | | | 1,599,045.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 62,725,081.64 | | |
| | ██ | ██ | ██ | ██ | ██ | | | | ██ | ██ | | | ██ | ██ | | |
| | ██ | ██ | ██ | ██ | ██ | | | | ██ | ██ | | | ██ | ██ | | |
| | ██ | ██ | ██ | ██ | ██ | | | | ██ | ██ | | | ██ | ██ | | |
| | ██ | ██ | ██ | ██ | ██ | | | | ██ | ██ | | | ██ | ██ | | |
| Totals | | ██ | ██ | ██ | ██ | | | | ██ | ██ | | | | ██ | | |

**Additional Notes**

| Identifiers | | |
|---|---|---|
| Geneva Code | ██ | |
| CUSIP | | |
| ISIN | ██ | |



# TRADE ALLOCATION FORM

Trade ID: ███

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09/2021 | 11/12/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 2,375,000.00 | ███ | | | | 1,731,375.00 | | USD | Tim Lantz | ███ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -0.9999994 | 62.57% | 1,486,000.00 | 1,083,294.00 | 62.57% | | | | 1,083,294.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 53,079,517.11 | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | ███ | ███ | ███ | ███ | | |
| **Totals** | | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | |

**Additional Notes**

| Identifiers | | |
|---|---|---|
| Geneva Code | ███ | |
| CUSIP | | |
| ISIN | ███ | |



# TRADE ALLOCATION FORM

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2021 | 11/15/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 1,000,000.00 | ▮ | | | | 726,250.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -0.9999994 | 62.70% | 627,000.00 | 455,358.75 | 62.70% | | | | 455,358.75 | | USD | BS Equity | Gross Exposure Limit (*Max) | 50,017,522.77 | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| Totals | | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | | | ▮ | | |

**Additional Notes**

| Identifiers | | |
|---|---|---|
| Geneva Code | ▮ | |
| CUSIP | | |
| ISIN | ▮ | |



# TRADE ALLOCATION FORM

Trade ID: ███

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2021 | 11/19/2021 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 1,150,000.00 | ███ | | | | 839,500.00 | | USD | Tim Lantz | ███ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -0.9999994 | 62.96% | 724,000.00 | 528,520.00 | 62.96% | | | | 528,520.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 39,301,084.73 | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | | | ███ | ███ | | ███ | ███ | ███ | | |
| Totals | ▌ | ███ | | ███ | ███ | ▌ | ▌ | ▌ | ███ | ███ | | | | ███ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ███ |
| CUSIP | |
| ISIN | ███ |



# TRADE ALLOCATION FORM
Pg 59 of 62

Trade ID: ▮

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2022 | 11/09/2022 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 1,700,000.00 | ▮ | | | | 836,400.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -1.00000048 | 12.47% | 212,000.00 | 104,304.00 | 12.47% | | | | 104,304.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 3,572,781.63 | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| **Totals** | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▮ |
| CUSIP | |
| ISIN | ▮ |



# TRADE ALLOCATION FORM
Pg 60 of 62

Trade ID: ██████

| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2022 | 11/10/2022 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 7,680,000.00 | ██████ | | | | 3,753,600.00 | | USD | Tim Lantz | ██████ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -1.00000048 | 72.29% | 5,552,000.00 | 2,713,540.00 | 72.29% | | | | 2,713,540.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 16,187,078.01 | | |
| | ██ | ██████ | ██████ | ██████ | ██████ | | | | ██████ | ██ | ██ | ██████ | ██████ | ██████ | | |
| | ██ | ██████ | ██████ | ██████ | ██████ | | | | ██████ | | ██ | ██████ | ██████ | ██████ | | |
| **Totals** | | ▌ | ██████ | ██████ | ██████ | ▌ | ▌ | ▌ | ██████ | ██████ | | | | ██████ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ██████ |
| CUSIP | |
| ISIN | ██████ |

# TRADE ALLOCATION FORM



| Trade Date | Settle Date | Action | Asset Name | Amount | Price (LC) | Price ($) | Commission Type | Comm. Rate | Net Money (LC) | Net Money ($) | Trade CCY | Trader | Counterparty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Trade ID: ▮ | |
| 11/15/2022 | 11/17/2022 | Purchase | TV Azteca SAB de CV 8.25% 08/09/2024 | 200,000.00 | ▮ | | | | 96,000.00 | | USD | Tim Lantz | ▮ |

| Portfolio | AUM + Cash | | Allocation Quantity | Allocation Principal Amount | | Accrued Interest ($) | Comm. Fee ($) | Other Fees ($) | Net Money (LC) | Net Money ($) | Settle CCY | Custodian | Limits | | Override Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (MM's) | % | (Qty or Par) | $ | % | | | | | | | | Condition | $ | | |
| cem | -1.00000048 | 76.00% | 152,000.00 | 72,960.00 | 76.00% | | | | 72,960.00 | | USD | BS Equity | Gross Exposure Limit (*Max) | 36,914,948.90 | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| | ▮ | ▮ | ▮ | ▮ | | | | | ▮ | | ▮ | ▮ | ▮ | ▮ | | |
| Totals | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | | |

**Additional Notes**

| Identifiers | |
|---|---|
| Geneva Code | ▮ |
| CUSIP | |
| ISIN | ▮ |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| CORPORACIÓN DE ASESORÍA TÉCNICA Y DE PRODUCCIÓN, S.A. DE C.V., | Case No. 23-_____ (___) |
| Alleged Debtor. | |

### CORPORATE OWNERSHIP STATEMENT OF SANDPIPER LIMITED

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, petitioner Sandpiper Limited (the "Petitioner"), states that it is an exempted company organized under the laws of the Cayman Islands.  To the best of Petitioner's knowledge, no publicly held corporation owns 10% or more of its equity interests.

### <u>Declaration Under Penalty of Perjury</u>

I, the undersigned authorized representative of Sandpiper Limited, a Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: March 20, 2023

By: _s/Lewis Schwartz_____
        Lewis Schwartz
        Director